| | AUSA: Robert Kuhn | Telephone: (313) 226-9100 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Richard Cousins | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Victoria Green

Case: **2:25-mj-30704**
Assigned To : **Unassigned**
Assign. Date : **11/18/2025**
Description: **USA v. SEALED (MC)**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 30, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | Knowingly making false or fictitious statement material to sale of a firearm |
| 18 U.S.C. § 922(d)(1) | Providing a firearm to a prohibited person |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Richard Cousins, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __November 18, 2025__

City and state: __Detroit, MI__

_Judge's signature_

Hon. Kimberly G. Altman, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Cousins, being first duly sworn, hereby state:

## INTRODUCTION

1. I have been an ATF Special Agent since April 2023. I have had extensive law enforcement training, including at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I am currently assigned to the Pontiac Gun Violence Task Force ("GVTF"), which was established by the Oakland County Sheriff's Office and the ATF. Additionally, I am a member of the ATF Detroit Field Division, Group II, Crime Gun Enforcement Team ("CGET"). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the Eastern District of Michigan. Prior to becoming an ATF Special Agent, I was an Officer with the United States Customs and Border Protection for approximately three years. I also have a bachelor's degree in political science.

2. During my employment with ATF, I have participated in investigations of criminal violations relating to firearms, violent crime, and controlled substances. I have participated in various aspects of

criminal investigations, including interviews, physical surveillance, and obtaining and executing search warrants. This affidavit is based on my personal observations, training and experience, review and analysis of oral and written reports, and discussions with other law enforcement officers.

3. The ATF is investigating Victoria GREEN (DOB: XX/XX/1996) for violations of 18 U.S.C. § 922(a)(6) (Knowingly Making False or Fictitious Statement Material to Sale of a Firearm) and 18 U.S.C. § 922(d)(1) (Providing a Firearm to a Prohibited Person). This affidavit is intended to show only that there is probable cause that GREEN committed these offenses and does not set forth all the information, known to law enforcement, related to this investigation.

## PROBABLE CAUSE

4. On October 30, 2025, at approximately 3:53 p.m., GREEN and Clifford Noel Jr. arrived in the parking lot of a pawnshop, located in Waterford, Eastern District of Michigan. The pawnshop's security footage showed GREEN and Noel Jr. arriving in a rented silver Nissan Altima. The pawnshop is a Federal Firearms Licensee.

2

5. Security footage recorded them walking from the Nissan to the pawnshop. The video captured Noel Jr. in possession a large amount of cash which he counted as he walked.

6. GREEN and Noel Jr. entered the store together. Noel Jr. stood next to the sales counter and engaged the salesman about purchasing a firearm. Noel Jr. pointed to specific firearms and engaged in discussions with the salesman as to the various firearms on display. The entire time, GREEN said nothing and did not interact with the salesman. Instead, GREEN remained several steps back from the counter while Noel Jr. led the discussion with the salesman.

7. After examining the different guns for sale, Noel Jr. pointed to a particular gun. The salesman removed the firearm from the wall, racked the slide, and rested it on the counter. Noel Jr. made a gesture to GREEN, signaling for her to check out the firearm. GREEN approached the counter and briefly touched the firearm with one hand. Despite having negligible interaction with the salesman and little to no discussion about the firearm, GREEN decided to purchase the firearm chosen by Noel Jr. The firearm was an AR556 Ruger, 5.56 caliber AR-15 style rifle.

8. Noel Jr. stepped back a few feet behind GREEN while she began the process of purchasing the firearm. The salesman reviewed the paperwork, including the ATF Form 4473, with GREEN. I reviewed the ATF Form 4473 Firearms Transaction Record filled out by GREEN. Question 21(a) of the form asks and states the following :

> Are you the actual transferee/buyer of all of the firearm(s) listed on this form . . . ? **Warning: You are not the actual transferee/buyer if you are acquiring any of the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer any of the firearm(s) to you.**

Under Question 21, the form indicates, "I understand that answering 'yes' to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law." GREEN responded "Yes" to this question. When the paperwork was completed, GREEN paid for the firearm in cash. GREEN exited the store with the Ruger.

9. GREEN and Noel Jr. returned to the grey Altima. GREEN placed the firearm into the trunk. Before leaving the pawnshop, Noel Jr. reentered the store, approached the sales counter, and obtained ammunition for the Ruger. After that, Noel Jr. left with GREEN, the firearm, and the ammunition in the Altima.

4

10. Hours later, the Oakland County Sherrif's Office (OCSO) was dispatched to Noel Jr.'s registered address, 3XX S. Marshall, Pontiac, where a dead body was discovered. The female body, on the living room couch, had a fatal gunshot wound to the head and was identified as L.H. She also had gunshot residue on her right hand, indicating that she grabbed the barrel of the firearm at the same time a round was discharged from the weapon. A single spent 5.56 rifle casing was located by L.H.'s left foot. L.H. and Noel Jr. lived together and had children in common.

11. Less than 20 minutes later, officers with the Bloomfield Township Police Department (BTPD), responded to a welfare check around 2XXXX S. Telegraph Road. Upon arrival, officers located the body of Noel Jr., seated in the driver's seat of the same silver Altima driven to the pawnshop. Noel Jr. had a gunshot wound to the head in an apparent act of suicide. He used the Ruger, AR556, 5.56 caliber AR-15 style rifle purchased at the pawnshop by GREEN, which was in his lap. The completed purchase documentation for the rifle was also found in the Altima.

12. A preliminary examination of a fired casing from 3xx S. Marshall, Pontiac (where L.H.'s body was found) and a test fired casing

5

from the Ruger (collected from the Altima) established that the fired casing found at the S. Marshall location ballistically matched the Ruger. Therefore, the Ruger found in the Altima with Noel Jr.'s body was the weapon that fired the bullet and casing that killed L.H.

## INTERVIEW OF GREEN

13. On November 14, 2025, ATF TFO Dan Hedrick and I conducted an interview of GREEN after advising her of her *Miranda* warnings. GREEN waived her rights and agreed to answer questions. GREEN made the following statements:

    a.    GREEN knew Noel Jr. was a felon and could not acquire a firearm;

    b.    Noel Jr. agreed to provide GREEN marijuana in exchange for purchasing the firearm;

    c.    Noel Jr. drove her to the pawnshop, gave her cash in the parking lot to purchase the Ruger, and accompanied her in the store while she purchased the firearm; and

    d.    GREEN gave the firearm to Noel Jr. after purchasing the firearm.

14. During the interview, GREEN was shown a copy of the ATF Form 4473 Firearms Transaction form that was completed during the

purchase of the Ruger. GREEN confirmed that she completed the form herself.

15. Prior to the interview, I obtained a federal search warrant for GREEN's cellular device. A partial search revealed a text message, from Noel Jr., thanking GREEN for helping him to obtain the Ruger.

### NOEL JR.'S PROHIBITED STATUS

16. A search of Noel Jr.'s criminal history revealed that Noel Jr. was a convicted felon and prohibited from purchasing, possessing, and or manufacturing any firearm. His felony convictions are as follows:

   a. December 2004, Michigan's Sixth Judicial Circuit, Oakland County, Third Degree Criminal Sexual Conduct; and

   b. September 2016, Michigan's Sixth Judicial Circuit, Oakland County, Failure to Comply with the Sex Offender Registration Act.

### CONCLUSION

17. Probable cause exists that Victoria GREEN knowingly violated 18 U.S.C. § 922(a)(6) (Knowingly Making False or Fictitious Statement Material to Sale of a Firearm) and 18 U.S.C. § 922(d)(1)

(Providing a Firearm to a Prohibited Person) within the Eastern District of Michigan on October 30, 2025.

Respectfully submitted,

_____
Richard Cousins
ATF Special Agent

Sworn to before me and signed in my presence and/or by reliable electronic means

_____
Hon. Kimberly G. Altman
United States Magistrate Judge

Dated:  November 18, 2025